In the Matter of the Petition of FREDERICK SCHLOMAN, to Vacate an Assessment for Sewers in Fifty-first and Fifty-Sixth Streets.

*Supreme Court, First Department General, Term, July 9, 1889.*

*Abatement and revival.*—Where, in proceedings to vacate an assessment, the petitioner died, and no step was taken therein other than the service of the petition, a delay of nearly fourteen years supplies a substantial ground for the denial of a motion to revive the proceeding.

Appeal from an order denying a motion to revive the proceedings by making the executors of the petitioner parties thereto.

*P. A. Hargous*, for appellant.

*G. L. Sterling*, for respondent.

DANIELS, J.—This proceeding was commenced in December, 1873, and it has been allowed to remain in the condition in which it was placed by the service of the petition since then, until the present time. The petitioner himself died in June, 1875, and in the following month letters testamentary were issued upon his estate, to his executors, who made no application whatever to revive or continue the proceedings until the service of their notice of motion in the latter part of February, 1888.

For the reasons which have been given in the other cases already considered, this was sufficient to justify the order made by the court, and it should be affirmed, without costs.

VAN BRUNT, Ch. J., and BRADY, J., concur.